# Court of Appeals
# of the State of Georgia

ATLANTA,  September 10, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0184. DAVID EUGENE HART v. THE STATE.**

In October 2010, David Eugene Hart pled guilty to manufacturing methamphetamine. Hart filed a motion for an out-of-time appeal, which the trial court denied on September 29, 2015. Hart filed a notice of appeal from this order on December 2, 2015. We lack jurisdiction.

A notice of appeal must be filed within 30 days after the entry of the order to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. See *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Here, Hart filed his notice of appeal 64 days after the trial court entered its order. Accordingly, the notice of appeal is untimely, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/10/2019*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*